RECEIVED
W DEC - 1 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN  DIVISION

```
Derek
Edwards
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).
```

Case No. 4:14-CV-221-BO
(To be assigned
by the Clerk of
District Court)

vs.

```
Pitt County
Memorial Hospital
```

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

Plaintiff resides at: I Derek Edwards now is incarsirated at Green Correctional Institution in Maury N.C. 4/14/11 zip 28554

Defendant(s) name(s) and address(es), if known: Pitt Memorial Hospital Greenville N.C.

1

Jurisdiction in this court is based on: _____
_____ medical malpractice and _____
_____ bodily harm and damages _____
_____
_____

The acts complainted of in this suit concern: A medical malpractice, I recieved a gunshot injury to the lower back a in an out. While being treated for this injury a tube that was too big was forced down my throat. From this taken place I have permanent breathing damage. I kept a trachea over a year, and had to have multiple surgeries just to have it remove. After the trach came out I then had a lack of oxygen, breathing damage, lost of speech, and now I'm limited in activities. It's very hard for me to perform without getting winded are taking to people with a clear voice, or speaking a sentance without giving out of breath. Now I'm unable to work and perform jobs as I did before. I also can't do things with my kids and family that deals with alot of movement thank you for veiwing .

my case. I've tried for years to file this claim to see if I was elgiable for componsation.

---
---
---
---
---
---
---
---

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:

for my pain and suffering, for the fact that this is a permanent situttion cause by the doctor at Pitt. I know longer sound, breath, or perform the same as before. I wish to not have anymore related surgerys, because the doctor explained, my voice and breathing only gets worse. In this case I would like some componsation that could help take care of me and my family for my suffering and being neglected.

---
---
---

3

11/26/14  Derek Edwards
Date      Signature of Plaintiff
          Green Correctional Institution
          P.O. Box 39
          Maury, N.C. 28554
          252) 907-2847  Diane Edwards mother Emerg.
          Address and Telephone Number of Plaintiff

4